Aug 8-28-09
KLH

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Patti Lee Tobin

Chapter 7 Case No. 08-46168

RECEIVED
09 AUG 28 AM 9:26
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Dr. John Kluznik<br>Mpls. Clinical Association | 2 | | $3.70 |

Date: August 26, 2009

_____
Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871    #63538

15